An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

TONY CREAZZO; AND GERTRUDE
CREAZZO,
Appellants,
vs.
METLIFE, INC.; UNITEDTECH
LENDER SERVICES, INC.; IBM
LENDER BUSINESS PROCESS
SERVICES, INC.; SETERUS, INC.;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.; AND
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
Respondents.

No. 63254

**FILED**

JUL 2 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

When the notice of appeal was filed, appellants were mailed a civil proper person appeal statement and other documents, as part of the pilot program for proper person civil appeals. *See* ADKT No. 385 (Order Establishing Pilot Program in Civil Appeals, June 10, 2005). *See also* ADKT No. 385 (Order Extending Pilot Program for Civil Proper Person Appeals, May 10, 2006). As noted in the instructions accompanying the documents, appellants were required to file the appeal statement within 40 days from the date the documents were mailed. The instructions further explained that if appellants failed to file the appeal statement by that date, this court would dismiss the appeal.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21736

Appellants appeal statement was due on July 2, 2013. To date, appellants have not filed an appeal statement or otherwise responded to this court's directive. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Gloria Sturman, District Judge
Gertrude Creazzo
Tony Creazzo
Brooks Bauer LLP
Holland & Hart LLP/Reno
Holland & Hart LLP/Las Vegas
Pite Duncan, LLP
Eighth District Court Clerk